**Order entered January 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01092-CR
No. 05-14-01093-CR

**LENWARD EARL GOREE JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause Nos. F13-53643-K, F13-62239-K

## ORDER

Appellant filed a pro se notice of appeal following his convictions in these cases. The Court reporter's record has been filed, but it is unclear from the record whether appellant pleaded guilty pursuant to a plea bargain agreement. The clerk's records have not been filed, the Court has not separately received the certifications of appellant's right to appeal, and our records do not show counsel has been appointed for appellant.

Accordingly, we **ORDER** the trial court to make findings regarding the following:

- Whether appellant pleaded guilty to the charged offenses pursuant to plea agreement. If appellant pleaded guilty pursuant to plea agreements, the trial court shall determine whether: (1) appellant waived his right to appeal; or (2) there were any pretrial motions that appellant is appealing; or (3) the trial court has given appellant permission to appeal.

- We **ORDER** the trial court to prepare certifications of appellant's right to appeal that accurately reflect the trial court proceedings.

- If appellant may appeal these convictions, the trial court shall next determine whether appellant is indigent and entitled to court-appointed counsel. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint counsel to represent appellant in these appeals. If the trial court finds appellant is not indigent, the trial court shall determine the name, State Bar number, and contact information for any retained counsel.

- The trial court shall next determine the date by which the clerk's records will be filed in these appeals.

We **ORDER** the trial court to transmit a record containing its findings, any supporting documentation, any orders, and the certifications of appellant's right to appeal to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4, and to the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Lenward Earl Goree, Jr., TDCJ No. 01944698, Bradshaw State Jail, P.O. Box 9000, Henderson, Texas 75653.

We **ABATE** the appeals to allow the trial court to comply with this order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     ADA BROWN
JUSTICE